### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-67826-crm |
| | ) | |
| THOMAS PATRICK PEARL, II, | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### MOTION TO REOPEN CASE

COMES NOW Donald F. Walton, the United States Trustee, and, pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, respectfully requests that the Court reopen this case and waive or defer the filing fee. As cause, the United States Trustee respectfully shows as follows:

1. The Debtor filed a Chapter 7 bankruptcy petition on April 28, 2005, which was assigned case number 05-67826-crm.

2. The Debtor's Chapter 7 case was closed as a "no asset" case on August 5, 2005.

3. The United States Trustee wishes to reopen the Chapter 7 case because after filing his Report of No Distribution, the Chapter 7 Trustee discovered a claim in the pharmaceutical class action relating to the drug Vioxx.

4. The claim will yield an estimated $100,000.00 to the debtor's estate. After the payment of attorney's fees and expenses of pursuing the claim, and administrative expenses of the bankruptcy estate, there may be sufficient funds to make a 100% distribution to the allowed claims in the debtor's bankruptcy estate.

5. Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

6. Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest.

7.	The United States Trustee is a party in interest and has standing to raise, appear, and be heard, on any issue in any case.  11 U.S.C. § 307.

8.	The United States Trustee respectfully requests that the fee for reopening this case should be waived or deferred, pending recovery of funds.

**WHEREFORE,** the United States Trustee respectfully requests that this Court enter an Order: (i) reopening this Chapter 7 case to allow for the administration of the estate for the benefit of creditors; (ii) waiving the filing fee; and (iii) granting such other and further relief as the Court may deem just and proper.

DONALD F. WALTON
UNITED STATES TRUSTEE, REGION 21

*s/ Martin P. Ochs*
MARTIN P. OCHS
NY Bar No. MO-1203
 GA Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)-331-4437
martin.p.ochs@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on August 26, 2009, I served a copy of this motion by First Class United States Mail, with adequate postage to ensure delivery to the following:

Thomas Patrick Pearl, II
1991 Luke Edwards Road
Dacula, GA 30019

Harry W. Pettigrew
Pettigrew & Associates, P.C.
P.O. Box 4030
Decatur, GA 30031

Charles A. Tingle, Jr.
538 Scenic Highway
Lawrenceville, GA 30045

Cathy L. Scarver
P.O. Box 672587
Marietta, GA 30006

    *s/ Martin P. Ochs*
    MARTIN P. OCHS