UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| THOMAS PATRICK PEARL, II, | ) | CASE NO. 05-67826-CRM |
| | ) | |
| Debtor. | ) | |

**APPLICATION AUTHORIZING THE EMPLOYMENT AND APPOINTMENT
OF C. L. SCARVER & ASSOCIATES, LLC AS COUNSEL
FOR THE CHAPTER 7 TRUSTEE**

COMES now Cathy L. Scarver, the Chapter 7 Trustee (the "Applicant" or "Trustee") for the estate of the above-stated debtor, and files this Application Authorizing the Employment and Appointment of C. L. Scarver & Associates, LLC as Counsel for the Trustee, and respectfully represents:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and the Standing Order of Reference of the United States Bankruptcy Court for the Northern District of Georgia.  This is a core proceeding under 28 U.S.C. §157(b).  Venue is proper in this Court under 28 U.S.C. § 1408 and 1409.

**Background**

2.      On April 28, 2005, (the "Petition Date"), the Debtor filed his voluntary case (the "Bankruptcy Case") under Chapter 7 of Title 11 of the United States Code, U.S.C. §§ 101 et.seq., as amended (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta, Division (the "Bankruptcy Court").

3. On August 5, 2005, an Order Discharging Debtor and Closing Estate was entered and the Bankruptcy Case was closed (Doc. No. 5).

4. In August 2009, the former chapter 7 trustee received information that the Debtor had a claim in the mass tort litigation related to the prescription drug, Vioxx (the "Vioxx Claim").

5. On August 26, 2009, the United States Trustee filed its motion requesting that the Bankruptcy Case be reopened for the trustee to administer the Vioxx Claim (Doc. No. 7), and an order was entered on August 31, 2009 reopening the Bankruptcy Case. (Doc. No. 8)

6. On September 4, 2009, Cathy L. Scarver was appointed Chapter 7 trustee, and continues as such.

7. At the commencement of the Bankruptcy Case, all legal and equitable rights of the Debtor are property of the bankruptcy estate, and the Trustee is the sole representative of the bankruptcy estate.

8. The Trustee would like to realize on the assets of the bankruptcy estate.

## Relief Requested

9. The Trustee requests that the Bankruptcy Court enter an order authorizing Trustee to employ and appoint the law firm of C. L. SCARVER & ASSOCIATES, LLC ("CLS&A"), to represent the Trustee as counsel in the Bankruptcy Case and any proceedings ("Counsel"), pursuant to which CLS&A will receive reasonable compensation for its services and be reimbursed for expenses, after notice and hearing.

10. The member of the law firm of CLS&A is CATHY L. SCARVER, who is an attorney admitted to practice and in good standing in this Bankruptcy Court.

11. The law firm of CLS&A has knowledge and experience in bankruptcy practice and is well-qualified to represent the Trustee in the Bankruptcy Case and any proceedings.

12. The professional services to be rendered for which it is necessary for the attorney to act as Counsel are:

(a) The development of an independent position for the Trustee on legal issues and proceedings affecting the Bankruptcy Case, as to the appropriate decisions on property of the estate, and all matters related thereto, and the distribution of any proceeds connected therewith.

(b) An analysis of the legal issues regarding such property of the estate, and other issues raised by parties in interest or otherwise identified.

(c) Preparation of pleadings and applications, and prosecution of the Trustee's position.

(d) Preparation of a plan and disclosure statement, as applicable.

(e) Perform legal services reasonably necessary for the proper administration.

13. The law firm of CLS&A represents no interest adverse to the Trustee, the Debtor, the estate, or creditors of the estate, in matters upon which it is to be engaged for the Trustee.

14. To the best of my knowledge, neither CLS&A nor any employee of CLS&A has any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; provided, however, Cathy L. Scarver works with other trustees on cases other than this case, and serves as bankruptcy trustee in cases in the Northern District of Georgia, and is appointed by the United States Trustee for Region 21.

15. Subject to the fee application process and the Bankruptcy Court's approval, CLS&A will charge the Trustee for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for cases of this nature as are in effect on the date services

3

are rendered. The CLS&A attorneys and paraprofessionals who will primarily be providing services for the Trustee in connection with these cases is Cathy L. Scarver, at a standard rate of $215.00 per hour. The rates of each professional working on the Bankruptcy Case will be clearly reflected in the fee application. CLS&A will maintain detailed records of costs and expenses incurred in connection with its legal services and these will be set forth in detail as part of the fee application.

16. The above outlined hourly rates are subject to periodic review (generally annually) to reflect changes in the economy, experience, and other factors. CLS&A, to the extent possible, attempts to observe the prevailing rates for legal services rendered by attorneys of comparable expertise in similar cases in the relevant jurisdiction. Accordingly, an individual attorney's rates in other cases may be lower or higher than those charged in this engagement, depending upon prevailing rates in the various jurisdictions.

17. CLS&A has not received any retainer.

18. For its compensation and reimbursement of expenses, CLS&A looks to the estate, after notice and hearing.

19. CLS&A intends to apply to this Court for allowance of compensation and reimbursement of expenses pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any applicable orders entered by this Court with respect to management of fees and expenses in this Bankruptcy Case.

20. Notice of this Application is being given to the United States Trustee. The Trustee submits that no other or further notice is necessary.

21. No previous motion for the requested relief in the Bankruptcy Case has been made to this or any other court.

WHEREFORE, the Trustee prays that the Trustee be authorized to employ and appoint the law firm of C. L. SCARVER & ASSOCIATES, LLC, as the Chapter 7 Trustee's Counsel in the Bankruptcy Case and any proceedings on the matters set forth above, pursuant to which CLS&A will receive reasonable compensation for its services and be reimbursed for expenses, after notice and hearing, and grant the Trustee such other relief to which it is entitled.

Respectfully submitted,

       */s/  Cathy L. Scarver*
Cathy L. Scarver, Trustee
Georgia Bar No. 628455

P.O. Box 672587
Marietta, Georgia 30006
Phone: 404-551-5142
Fax: 404-806-9652
Email:  trusteescarver@bellsouth.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| THOMAS PATRICK PEARL, II, | ) | CASE NO. 05-67826-CRM |
| | ) | |
| Debtor. | ) | |

**VERIFIED STATEMENT OF CATHY L. SCARVER PURSUANT
TO FED. R. BANKR. P. 2014(a), IN SUPPORT OF APPLICATION TO
EMPLOY C. L. SCARVER & ASSOCIATES, LLC AS
<u>COUNSEL FOR THE CHAPTER 7 TRUSTEE</u>**

Cathy L. Scarver, pursuant to Federal Rule of Bankruptcy Procedure 2014(a) makes this Verified Statement in support of the Application to Employ C. L. Scarver & Associates, LLC as Counsel for Cathy L. Scarver, Chapter 7 Trustee (the "Trustee"), and shows the Court as follows:

1. I am the member of the law firm of C. L. Scarver & Associates, LLC ("CLS&A").

2. I am an attorney admitted to this bankruptcy court and in good standing in this Court.

3. The mailing address for CLS&A is P.O. Box 672587, Marietta, Georgia 30006, phone number 404-551-5142, fax number 404-806-9652, email address clsallc@bellsouth.net.

4. Cathy L. Scarver has been appointed Chapter 7 trustee, and continues as such.

5. To the best of my knowledge, CLS&A and the employees thereof represent no interest adverse to the Trustee, the debtor, the estate, or any creditors of the estate in the matters upon which CLS&A is to be engaged for the Trustee, and CLS&A's appointment will be in the

best interest of the estate.

6.  Neither I nor CLS&A has ever performed services for the debtor, or any creditor of the debtor in connection with the debtor or in connection with this case.  To the best of my knowledge, neither I nor any employee of CLS&A have any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; provided, however, I serve as bankruptcy trustee in cases in the Northern District of Georgia and I am appointed by the United States Trustee for Region 21.

7.  To the best of my knowledge, the undersigned and all employees of CLS&A are "disinterested persons" as defined by 11 U.S.C. §101(14), with respect to the above-captioned debtor and creditors.  The specifics in regard to this are as follows:

    a.  CLS&A was never employed by the debtor or creditors pre-petition.

    b.  CLS&A is not a pre-petition creditor of the debtor or creditors.

    c.  CLS&A is not an equity security holder of the debtor or creditors.

    d.  CLS&A is not an insider of the debtor or creditors.

    e.  CLS&A is not and was not an investment banker for any outstanding security of the debtor or creditors.

    f.  CLS&A has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor or creditors, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the debtor or creditors.

2

    g. CLS&A does not have an interest materially adverse to the interest of the estate of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker specified in subparagraphs above, or for any other reason.

    8. CLS&A has advised the Chapter 7 Trustee of its willingness to serve as Counsel and to be employed under an order pursuant to which it will receive reasonable compensation for its services and be reimbursed for its expenses under applicable law, after notice and hearing.

    9. CLS&A intends to bill for its legal services in this case in accordance with its usual practice, applying its customary hourly rates for matters of this type and charging for actual out of pocket disbursements and expenses customarily billed to its clients and necessarily incurred.

    10. Accordingly, I believe that CLS&A is eligible for employment and appointment by the Chapter 7 Trustee pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules.

    11. I declare that the foregoing statements are true, are based upon my personal knowledge, and are made under penalty of perjury under the laws of the United States.

Dated: January 18, 2010.

                               /s/ *Cathy L. Scarver*

P.O. Box 672587                Cathy L. Scarver
Marietta, Georgia 30006          Georgia Bar No. 628455
Phone: 404-551-5142
Fax: 404-806-9652
Email: clsallc@bellsouth.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| THOMAS PATRICK PEARL, II, | ) | CASE NO. 05-67826-CRM |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING THE EMPLOYMENT AND APPOINTMENT OF
C. L. SCARVER & ASSOCIATES, LLC
AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

Cathy L. Scarver, as Chapter 7 Trustee (the "Trustee"), filed the Trustee's Application Authorizing the Employment and Appointment of C. L. Scarver & Associates, LLC ("CLS&A") as Counsel for the Trustee (the "Application"), to represent the Trustee as counsel in the above-captioned bankruptcy case and any proceedings on the matters set forth in the Application ("Counsel"). Adequate and proper service of the Application has been given. Based on the Application by the Trustee and the Verified Statement filed by Cathy L. Scarver, the Court finds that CLS&A does not hold or represent any interest adverse to the Debtor, estate, creditors or the

Trustee, and is employable under 11 U.S.C. § 327.  It appears that CLS&A is qualified to provide legal representation to the Trustee, and that the employment is necessary and would be in the best interest of the estates, the Trustee, and other parties in interest.  Accordingly, it is hereby

**ORDERED**, subject to the objection of the U.S. Trustee filed within 20 days from the entry of this order, that:

1. The Chapter 7 Trustee is authorized to employ and appoint the firm of C. L. SCARVER & ASSOCIATES, LLC to represent the Trustee as Counsel in this bankruptcy case and any proceedings in connection with the bankruptcy case, pursuant to the terms set forth in the Application; and

2. The terms of the Application are APPROVED and CLS&A will receive such compensation and be reimbursed for such actual out-of-pocket expenses as are authorized by law after notice and hearing as approved by this Court under 11 U.S.C. §§ 330 and 331.

**END OF DOCUMENT**

Prepared and presented by:

C. L. SCARVER & ASSOCIATES, LLC

By: */s/ Cathy L. Scarver*
    Cathy L. Scarver
    Georgia Bar No. 628455
    Counsel to Trustee
P.O. Box 672587
Marietta, Georgia 30006
Phone: 404-551-5142
Fax: 404-806-9652
Email:  clsallc@bellsouth.net

**DISTRIBUTION MAILING LIST**

Office of United States Trustee
75 Spring Street, SW, Suite 362
Atlanta, GA 30303

Cathy L. Scarver
C. L. Scarver & Associates, LLC
P.O. Box 672587
Marietta, Georgia 30006

# CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I am more than 18 years of age, and that on the date set forth below I served a copy of the (I) **APPLICATION AUTHORIZING THE EMPLOYMENT AND APPOINTMENT OF C. L. SCARVER & ASSOCIATES, LLC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE,** (II) **VERIFIED STATEMENT OF CATHY L. SCARVER, PURSUANT TO FED. R. BANKR. P. 2014(a), IN SUPPORT OF APPLICATION TO EMPLOY C. L. SCARVER & ASSOCIATES, LLC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE,** and (III) **PROPOSED ORDER** on all parties listed below, by placing a copy of same in an envelope in the United States Mail, with First-Class postage thereon to insure delivery, and addressed as follows:

                         Office of United States Trustee
                         75 Spring Street, SW, Suite 362
                         Atlanta, GA 30303

I certify under penalty of perjury that this is true.

This 18th day of January, 2010.

                                                                    */s/ Cathy L. Scarver*
                                                                        Cathy L. Scarver
                                                                        Georgia Bar No. 628455

C. L. Scarver & Associates, LLC
P.O. Box 672587
Marietta, Georgia 30006
Phone: 404-551-5142
Facsimile: 404-806-9652
Email: trusteescarver@bellsouth.net