May 10, 2010

Tom Pearl
1392 Dodger way
Lawrenceville, GA 30045
Case No. 05-67826-CRM



United States Bankruptcy Court
Northern District of Georgia – Atlanta Division
ATTN: Honorable Judge C. Ray Mullins
75 Spring Street S.W.
Atlanta, GA 30303

Dear Sir,

My name is Thomas Patrick Pearl, II. I received a Vioxx Settlement last year and I was recently informed by my attorney that the settlement funds were sent to the bankruptcy court to satisfy the debts I had at the time I filed for bankruptcy. My attorney also informed me several correspondences were sent to my home from the bankruptcy court updating me on the status of disbursing these funds.

I have not received any of these letters or any money.

I moved 3 years ago and perhaps the letters and the settlement check went sent to my old address and were not forwarded?

My new address is:   Tom Pearl
1392 Dodger Way
Lawrenceville, GA 30045
(770) 354-8215 cell phone
tompearl@bellsouth.net

I would greatly appreciate it if you could have my address updated and all future correspondence sent to my new address. If you have any questions, you can call or email me at the above phone number and email address.

Sincerely,

Tom Pearl