Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JUN 1 5 2010

M. Regina Thomas, Clerk

By: _____
Deputy Clerk

June 8, 2010

Tom Pearl
1392 Dodger Way
Lawrenceville, GA 30045
Case No. 05-67826-CRM

United States Bankruptcy Court
Northern District of Georgia – Atlanta Division
ATTN: Honorable Judge C. Ray Mullins
75 Spring Street S.W.
Atlanta, GA 30303

Dear Honorable Judge C. Ray Mullins,

On May 10, 2010 I wrote a letter to you inquiring about the status of disbursing funds to me which were left from my Vioxx settlement after satisfying my creditor's claims. Bankruptcy case # 05-67286-CRM. I have enclosed a copy of the May 10, 2010 for your reference.

I also mentioned in my May 10, 2010 letter I was concerned about not receiving any correspondence from the Bankruptcy Court concerning the status of receiving my Vioxx settlement money.

My concerns about not receiving any correspondence from your office were realized today. I was informed I may have missed out on the opportunity to file a claim of exemption in my case which would result in me not receiving any settlement funds. I do not understand how this could be because my Vioxx attorney sent a copy of a $63,000 check given to the bankruptcy trustee. My creditor's claims in my bankruptcy case totaled $44,000. Shouldn't I be entitled to the other $19,000?

Through considerable effort, I located a copy of the Claim for Exemption form in my case today. I have completed it and enclosed it.

I respectfully ask that my bankruptcy case be re-opened to allow me to file a claim against the $63,000 the bankruptcy trustee is holding.

I also respectfully ask for a copy of the documents that your office has mailed over the past several months is mailed to me at the above address so I can get a better feel for what has been going on.

I appreciate your consideration in this matter.

Sincerely,

*Thomas Patrick Pearl*

Thomas Patrick Pearl II

*Case # 05-67826-CRM*

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Northern District of Georgia | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Thomas Patrick Pearl II | Case Number: 05-67826 crm |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Thomas Patrick Pearl, II

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Thomas Patrick Pearl, II
1991 Luke Edwards Road
Dacula, GA 30019-2520

Court Claim Number: _____
(*If known*)

Telephone number:

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. **Amount of Claim as of Date Case Filed:** $ _135,000_

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _personal injury, lost wages, medical expenses_
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _9772_

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 6/8/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Thomas Patrick Pearl II*

FOR COURT USE ONLY
DO NOT STAPLE OR FOLD CLAIM
See www.ganb.uscourts.gov for information on filing claims electronically

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.