IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| THOMAS PATRICK PEARL, II, | § | |
| | § | CASE NO.  05-67826-CRM |
| | § | |
| Debtor. | § | |

**TRUSTEE'S MOTION TO DISBURSE
DEBTORS' $10,000.00 EXEMPTION REGARDING
VIOXX PRODUCTS LIABILITY MULTIDISTRICT LITIGATION CLAIMS**

COMES NOW Cathy L. Scarver, the Chapter 7 Trustee ("Trustee") in the above-captioned case, in which Thomas Patrick Pearl, II is the debtor ("Debtor"), and files the Trustee's Motion to Disburse Debtor's $10,000.00 Exemption Regarding Vioxx Products Liability Multi-District Litigation Claims, and shows as follow:

The Trustee is holding net funds of 63,163.49 ("Vioxx Funds") received pursuant to the estate's claims regarding the Vioxx Products Liability Multi-District Litigation (Vioxx Claims).

The Debtor claimed a $10,000.00 exemption in the Vioxx Claims, as stated on the Debtor's amended Schedule C, filed June 25, 2010 at Doc. No. 35 ("Exemption in Vioxx Claims").  The last day to object to the amended exemptions was July 25, 2010, and no objections were filed.  The Trustee's payment of the $10,000.00 will be in full and final payment of the Debtor's Exemption in Vioxx Claims.

Accordingly, the Trustee requests authorization to disburse the Debtor's $10,000.00 Exemption in Vioxx Claims.

WHEREFORE, the Trustee prays that the Court grants the Motion, and:

      a.      authorize the Trustee to pay to Debtor's $10,000.00 Exemption in Vioxx Claims, as full and final payment of any and all exemptions that the Debtor has claimed or may claim in the Vioxx Products Liability Multi-District Litigation Claims and Vioxx Funds, and that the Debtor shall have no further exemption in the Vioxx Products Liability Multi-District Litigation Claims and Vioxx Funds.

      b.      grant the Trustee such other and further relief as is just and proper.

Dated August 12, 2010.

                              C. L. Scarver & Associates, LLC

                              By: */s/ Cathy L. Scarver*
                                   Cathy L. Scarver
                                   Georgia Bar No. 628455
                                   Counsel for Trustee

P. O. Box 672587
Marietta, Georgia  30006
Phone:  404-551-5142
Fax:  404-806-9652
Email:  clsallc@bellsouth.net

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I am more than 18 years of age, and that on the date set forth below I served a copy of the **TRUSTEE'S MOTION TO DISBURSE DEBTORS' $10,000.00 EXEMPTION REGARDING VIOXX PRODUCTS LIABILITY MULTIDISTRICT LITIGATION CLAIMS** on all parties listed below, by placing a copy of same in an envelope in the United States Mail, with First-Class postage thereon to insure delivery.

Office of the US Trustee
75 Spring Street, SW, Suite 362
Atlanta, GA 30303

Thomas Patrick Pearl, II
1392 Dodger Way
Lawrenceville, GA 30045

Charles A. Tingle, Jr.
538 Scenic Highway
Lawrenceville, GA 30045

I certify under penalty of perjury that this is true.

This 12th day of August, 2010.

                                                  /s/  Cathy L. Scarver
                                                Cathy L. Scarver
                                                Georgia Bar No. 628455

C. L. Scarver & Associates, LLC
P.O. Box 672587
Marietta, Georgia 30006
Phone: 404-551-5142
Fax: 404-806-9652
Email:  clsallc@bellsouth.net